Margaret Lehrkind, OSB #125440
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

        Of Attorneys for Plaintiff, Dennis Michael Morehouse


           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF OREGON
                   PORTLAND DIVISION

| | |
|---|---|
| DENNIS MICHAEL MOREHOUSE<br>  Plaintiff, | Case No. 3:25-cv-00474-CL |
| vs. | [PROPOSED] ORDER AWARDING<br>ATTORNEY FEES PER 28 U.S.C. §406(b) |
| COMMISSIONER SOCIAL SECURITY<br>ADMINISTRATION,<br>  Defendant | |

        Having reviewed and considered Plaintiff's counsel's Petition for Attorney fees per 42

U.S.C. § 406(b)(1) and 1383(d)(2)(B), and all supporting documentation, IT IS ORDERED that

Plaintiff's counsel's request for attorney's fees under 42 U.S.C. §§ 406(b) and 1383(d)(2)(B) is

GRANTED.  Attorney fees are allowed in the amount of $18,093.00.  To account for a refund of

the $2,216.19 already paid in EAJA attorney fees, SSA will pay a net fee award of $15,876.81 to

Plaintiff's counsel, MARGARET LEHRKIND, out of Plaintiff's past-due benefits.

    Date:  8/10/26   _____
                        Magistrate Judge Mark D. Clarke



        Proposed Order submitted on August 4, 2026:


                        Respectfully submitted,